UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES BURKHOLDER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:21-CV-00424-WBS-DMC<br><br>ORDER |

PROPOSED ORDER

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), has requested an extension of 45 days in which to file the Answering Brief, changing the due date from January 27, 2022, to March 14, 2022. This is Defendant's first request for an extension. For good cause shown, and finding no objection from Plaintiff, Defendant's motion is granted, with all other deadlines extended correspondingly. Defendant shall file an Answering Brief on or before March 14, 2022.

　　　IT IS SO ORDERED.

Dated:  January 24, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE