PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney 160
Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Facsimile: (415) 744-0134 Email:
linda.green@ssa.go

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES BURKHOLDER, ) | Case No.: 2:21-CV-00424-DMC |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |
| KILOLO KIJAKAZI, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS STIPULATED by and between Plaintiff and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned counsel, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  In doing so, the ALJ will offer Plaintiff the opportunity for a new hearing, take further action as necessary to complete the administrative record, and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 9th day of March 2022.

Dated: March 12, 2022

*/s/ Melissa Markos Nyman\**
MELISSA MARKOS NYMAN
Attorney for Plaintiff
*Authorized via e-mail on March 11, 2022

*/s/ Ashish A. Agrawal\**
ASHISH A. AGRAWAL
Attorney for Plaintiff
*Authorized via e-mail on March 11, 2022

Dated: March 12, 2022

PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Linda H. Green*
LINDA H. GREEN
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

**Dated: March 17, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE