PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HISBN 5890
Acting Regional Chief Counsel, Region IX
Chief, Civil Division
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
160 Spear St., Suite 800
San Francisco, CA  94105
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
Email:  David.Priddy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES BURKHOLDER, | ) |
| | ) Case No.: 2:21-cv-00424-WBS-DMC |
| Plaintiff, | ) |
| | ) **STIPULATION FOR THE AWARD AND** |
| v. | ) **PAYMENT OF ATTORNEY FEES AND** |
| | ) **EXPENSES PURSUANT TO THE EQUAL** |
| KILOLO KIJAKAZI, Acting | ) **ACCESS TO JUSTICE ACT, 28 U.S.C. §** |
| Commissioner of Social Security, | ) **2412(d), AND COSTS PURSUANT TO** |
| | ) **28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |

This stipulation is intended to replace the MOTION for Attorney Fees Plaintiff filed on June 13, 2022.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $8,000.00 (EIGHT THOUSAND dollars) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $627.00 (SIX HUNDRED

Stip. for EAJA fees; 2:21-cv-00424-WBS-DMC        1

1 TWENTY-SEVEN dollars) under 28 U.S.C. § 1920.  This amount represents compensation for
2 all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action,
3 in accordance with 28 U.S.C. §§ 1920; 2412(d).

4       After the Court issues an order for EAJA fees to Plaintiff, the government will consider
5 the matter of Plaintiff's assignment of EAJA fees to counsel, if any.  Pursuant to *Astrue v.*
6 *Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any
7 assignment will depend on whether the fees are subject to any offset allowed under the United
8 States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered,
9 the government will determine whether they are subject to any offset.

10       Fees shall be made payable to Plaintiff, but if the Department of the Treasury
11 determines that Plaintiff does not owe a federal debt, then the government shall cause the
12 payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment
13 executed by Plaintiff.  Any payments made shall be delivered to counsel.

14       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
15 attorney fees, and does not constitute an admission of liability on the part of Defendant under
16 the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release
17 from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may
18 have relating to EAJA attorney fees in connection with this action.

19       This award is without prejudice to the rights of counsel and/or counsel's firm to seek
20 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause
21 provisions of the EAJA.

Respectfully submitted,

Dated: June 23, 2022      CHERMOL AND FISHMAN LLC

By: */s/ Ashish A. Agrawal*\*
ASHISH A. AGRAWAL
*\* By email authorization on June 22, 2022*
Attorneys for Plaintiff

Dated: June 23, 2022          PHILIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920, IT IS ORDERED that fees and expenses in the amount of $8,000.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $627.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. Further, the Clerk of Court is directed to designate the motion for attorney fees (ECF No. 20) as withdrawn.

Dated: June 27, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE